**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| G.V. HOMES, INC., | : | No. 428 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| STEVE A. FREMPONG AND AGNES | : | |
| FREMPONG, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of July, 2024, the Application for Leave to Amend the Petition for Allowance of Appeal is **GRANTED**, and the Petition for Allowance of Appeal is **DENIED**.